IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


WAYNE E. PULLINS, *et al.*,   :

   Plaintiffs,   :

                             Case No. 3:08cv00118

  vs.   :   District Judge Thomas M. Rose
                              Magistrate Judge Sharon L. Ovington

JOHN PALMERO,
                           :

   Defendant.
                           :


# DECISION AND ENTRY


The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 3, 2009 (Doc. #22) is ADOPTED in full;

2. Defendant's Motion To Transfer Under 28 U.S.C. §1404(a) (Doc. #15) is GRANTED;

3. The Clerk of Court is DIRECTED to transfer this case to the United States District Court for the Southern District of New York, White Plains Division; and

4. This case is TERMINATED on the docket of this Court.

April 21, 2009 *S/THOMAS M. ROSE

                                                 Thomas M. Rose
                                     United States District Judge